# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENOIT BROOKENS,<br><br>*Plaintiff*,<br><br>v.<br><br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES,<br><br>*Defendant*. | Civil Action No. 17-2206 (RDM) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's motion to dismiss for lack of subject matter jurisdiction, Dkt. 26, is **GRANTED** in part and **DENIED** in part; and it is further

**ORDERED** that this case is **REMANDED** to D.C. Superior Court.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: June 5, 2018